(118 App. Div. 774)

### WRIGHT v. SIMON et al.

(Supreme Court, Appellate Division, First Department. April 12, 1907.)

ACTION—FRAUDULENT CONVEYANCES—REMEDIES OF CREDITORS—JOINDER.

    A series of acts involving different fraudulent conveyances and fraud-
ulent judgments made to different parties at different times; pursuant
to a single scheme, may be the subject of one equitable action to reach
the property for creditors.

    [Ed. Note.—For cases in point, see Cent. Dig. vol. 1, Action, § 509.]

Appeal from Special Term, New York County.

Action by Edmund Wright, as trustee in bankruptcy of Michael
Lampter, and another, against Jennie Simon and others. Appeal by

defendants from a judgment (102 N. Y. Supp. 1108) overruling a demurrer to the complaint. Affirmed.

Argued before PATTERSON, P. J., and HOUGHTON, SCOTT, McLAUGHLIN, and LAMBERT, JJ.

Leo Oppenheimer, for appellants.

Abram I. Elkins, for respondent.

LAMBERT, J. The courts of this state have time and time again expressed the view that a series of acts involving different conveyances and fraudulent judgments made to different parties at different times could properly be the subject of one bill in equity to reach the property for creditors, provided only it was alleged that the same was done pursuant to a single and forbidden scheme. It is alleged that the several transactions were made without consideration and with a continuing intent to cheat and defraud creditors. Brinkerhoff v. Brown, 6 Johns. Ch. 139; Wood v. B. & F. Co., 92 Hun, 22, 37 N. Y. Supp. 885; Porter v. Inter Bridge Co., 163 N. Y. 79, 57 N. E. 174. As a pleading simply we hold it to be good.

The judgment is affirmed, with costs, with leave to defendant to withdraw demurrer and to answer within 20 days, upon payment of costs, in this court and in the court below. All concur.